UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SMITTY RANDY BELL,**

    **Plaintiff,**

v.                                       Case No. 3:22cv23877-TKW-HTC

**ALEJANDRO NICHOLAS MAYORKAS,**

    **Defendant.**

_____/

## **ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18). Plaintiff filed an objection (Doc. 19) to which Defendant filed a response (Doc. 22)

    Based on the Court's de novo review of the issues raised in the objection under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that Plaintiff's discrimination and retaliation claims should be dismissed for failure to state a claim upon which relief can be granted. The Court did not overlook the additional information submitted by Plaintiff with his objection, but the Court agrees with Defendant that this information does not overcome the pleading deficiencies identified in the Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 17) is **GRANTED**.

3. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 14th day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**